[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-12815
Non-Argument Calendar
_____

D.C. Docket No. 8:15-cr-00283-JSM-JSS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JHON HARRYS LOZADA-PUA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(March 20, 2019)

Before WILSON, MARTIN and BLACK, Circuit Judges.

PER CURIAM:

Thomas Butler, appointed counsel for Jhon Harrys Lozada-Pua in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lozada-Pua's conviction and sentence are **AFFIRMED**.